# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Dustin Wagner aka Dustin Errol Wagner<br>Tara Wagner aka Tara Elizabeth Wagner<br>Debtor(s) | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for Deutsche Bank National Trust Company, as Trustee for GSR Mortgage Loan Trust 2006-OAI, Mortgage Pass-Through Certificates, Series 2006-OAI<br>Movant<br>vs. | NO. 18-10439 REF |
| Dustin Wagner aka Dustin Errol Wagner<br>Tara Wagner aka Tara Elizabeth Wagner<br>Debtor(s) | 11 U.S.C. Section 362 |
| Frederick L. Reigle<br>Trustee | |

## ORDER

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 3207 Woodlea Road, Orefield, PA 18069 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: June 6, 2018**

United States Bankruptcy Judge.