United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 18-10439-ref
Dustin Wagner                                                   Chapter 13
Tara Wagner
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4           User: SaraR           Page 1 of 1           Date Rcvd: Jun 06, 2018
                               Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2018.
db/jdb         +Dustin Wagner,   Tara Wagner,   3207 Woodlea Road,   Orefield, PA 18069-2436
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY,   14841 Dallas Parkway, Suite 300,
                 Dallas, TX 75254-7883

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,  ecf_frpa@trustee13.com
              JAMES A. PROSTKO   on behalf of Creditor    Branch Banking And Trust Company paeb@fedphe.com
              JODI L. HAUSE   on behalf of Creditor    Branch Banking And Trust Company
               jodi.hause@phelanhallinan.com,   paeb@fedphe.com
              KEVIN G. MCDONALD   on behalf of Creditor    Specialized Loans Servicing LLC
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD   on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
               bkgroup@kmllawgroup.com
              MARC   KRANSON   on behalf of Joint Debtor Tara  Wagner mgwbankruptcy@yahoo.com,
               r53506@notify.bestcase.com
              MARC   KRANSON   on behalf of Debtor Dustin  Wagner mgwbankruptcy@yahoo.com,
               r53506@notify.bestcase.com
              ROLANDO   RAMOS-CARDONA   on behalf of Trustee FREDERICK L. REIGLE
               RRamos-Cardona@fredreiglech13.com
              THOMAS YOUNG.HAE SONG   on behalf of Creditor    BRANCH BANKING AND TRUST paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Dustin Wagner aka Dustin Errol Wagner<br>Tara Wagner aka Tara Elizabeth Wagner<br>Debtor(s) | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for Deutsche Bank National Trust Company, as Trustee for GSR Mortgage Loan Trust 2006-OAI, Mortgage Pass-Through Certificates, Series 2006-OAI<br>Movant<br>vs. | NO. 18-10439 REF |
| Dustin Wagner aka Dustin Errol Wagner<br>Tara Wagner aka Tara Elizabeth Wagner<br>Debtor(s) | 11 U.S.C. Section 362 |
| Frederick L. Reigle<br>Trustee | |

**ORDER**

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 3207 Woodlea Road, Orefield, PA 18069 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: June 6, 2018**

United States Bankruptcy Judge.