UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :
 :
    DUSTIN WAGNER : Bankruptcy No. 18-10439REF
    and :
    TARA WAGNER :
 :
    Debtor(s) : Chapter 13

~~AGREED~~ *AMENDED* ORDER *

AND NOW, after notice and hearing, the above-captioned case is hereby Dismissed with Prejudice and debtors are barred *for six months* from filing another bankruptcy petition, either individually or jointly with a spouse, without prior leave of Court.

FOR THE COURT

7/13/18          [signature]
                    Richard E. Fehling, B. J.

Interested parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606-0410

Marc Kranson, Esq.
523 Walnut Street
Allentown, PA 18101

Dustin and Tara Wagner
3207 Woodlea Road
Orefield, PA 18069

David P. Adams, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

\* *Amended solely to include the date.*