UNITED STATES BANKRUPCTY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Dustin Wagner and | : | |
| Tara Wagner | : | |
| | : | |
| | : | Ch. 13 |
| | : | |
| Debtors | : | No. 18-10439ref |

HEARING TO BE HELD:
Date:  Thursday, Nov. 15, 2018
Time:  9:30 a.m.
Place:  United States Bankruptcy Court
Courtroom #1, 3rd Floor
The Madison
400 Washington St.
Reading, PA  19601

## NOTICE OF DEBTOR'S MOTION FOR RECONSIDERATION OF ORDER ENTERED JULY 12, 2018 AND TO ALLOW DEBTORS TO FILE A NEW CHAPTER 13 CASE

Everett Cook, Esquire, counsel for Debtor, has filed a Motion For Reconsideration of Order Entered July 12, 2018 And to Allow Debtors to File a New Chapter 13 Case.

**YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE ANY ATTORNEY YOU MAY WISH TO CONSULT AN ATTORNEY).**

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the Motion, then on or before November 15, 2018 at 9:30 a.m., you or your attorney must do ALL of the following:

    (a) file an answer explaining your position at:

    United States Bankruptcy Court
    Courtroom #1, 3rd Floor
    The Madison

      400 Washington St.
      Reading, PA  19601


If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and,

    (b)  mail a copy to the Movants' attorney:

      Everett Cook, Esquire
      2309 MacArthur Road
      Whitehall PA 18052
      610 351 3566

    2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

    3.  A hearing on the Motion is scheduled to be held before the Honorable Richard E. Fehling, United States Bankruptcy Judge, on Thursday, **November 15, 2018 at 9:30 A.M.** in Courtroom #1, 3rd Floor, The Madison, 400 Washington St., Reading, Pennsylvania 19601.

    4.  If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5.  You may contact the Bankruptcy Clerk's office at (610) 208-5040 to find out whether the hearing has been cancelled because no one filed an answer.


Date:  11/14/18