UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | Dustin Wagner and<br>Tara Wagner<br>Debtors | : <br> : <br> : <br> : <br> : | No: 18-10439ref<br><br>Chapter 13 |
|---|---|---|---|

## NOTICE OF DATE OF EXPEDITED HEARING, MATTERS THAT WILL BE HEARD AT THE EXPEDITED HEARING, AND HOW TO RESPOND

Everett Cook, Esquire, Counsel for Debtors, has filed a Motion for Reconsideration of Order Dated July 12, 2018 and to Allow Debtors to File a New Chapter 13 Case.

An Expedited Haring is scheduled to be held before the Honorable Richard E. Fehling, United States Bankruptcy Judge, on November 15, 2018, at 9:30 a.m. in Courtroom #1, 3rd Floor, The Madison Building, 400 Washington Street, Reading, Pennsylvania 19601. At the Expedited Hearing, the Court will consider Debtors' motion that is listed below:

Motion for Reconsideration of Order Dated July 12, 2018 and to Allow Debtors to File a New Chapter 13 Case.

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. (IF YOU DO NOT HAVE ANY ATTORNEY YOU MAY WISH TO CONSULT AN ATTORNEY).**

1. If you do not want the Court to grant the relief sought in the motion or application, or if you want the Court to consider your views on the Motion, then you or your attorney must

    (a) file an answer or objection explaining your position at:

    United States Bankruptcy Court
    Courtroom #1, 3rd Floor
    The Madison Building
    400 Washington Street
    Reading, PA 19601

    Before the start of the Expedited Hearing on November 15, 2018; or

    (b) come to the Expedited Hearing on November 15, 2018 and either
        (i) file an answer or objection explaining your position be delivering it to

>      The court, or
> (ii) orally present an answer or objection explaining your position.

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the start of the Expedited Hearing on November 15, 2018.

    2. If you file an answer or objection with the bankruptcy clerk's office or with the court at the Expedited Haring, you must also provide a copy of your answer or objection to the Debtors' attorney. You may have it delivered by mail or other means of delivery to the Debtors
attorney at the address shown below before the date of the Expedited Hearing or you may deliver it to the Debtors' attorney at the Expedited hearing.

>    Everett Cook, Esquire
>    2309 MacArthur Road
>    Whitehall, PA  18052
>    610-351-3566  Phone
>    610 351 3556  Fax

    3. If you or your attorney do not take the steps described in paragraphs 1 and 2 above, the Court may enter an Order granting the relief requested in the Motion.

    4. Copies of Motion(s) and applications that will be heard at the Expedited Hearing are enclosed (or will be delivered separately).

    5. Unless the court orders otherwise, the hearing will be an evidentiary hearing at which witness may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

Date: <u>November 14, 2018</u>