UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  DUSTIN WAGNER and :
       TARA WAGNER, : Case No. 18-10439REF
          Debtor : Chapter 13

# ORDER SETTING EXPEDITED HEARING FOR CONSIDERATION OF DEBTORS' MOTION FOR EXPEDITED CONSIDERATION

AND NOW, this 14 day of November, 2018, upon Debtors' request for expedited consideration of their motion for reconsideration of my Order dated July 12, 2018, and for leave to file a new case (the "Motion"),

IT IS HEREBY ORDERED that an expedited hearing for consideration of the Motion shall be held at the following place, date, and time:

**Courtroom Number 1
Third Floor, The Madison
4th and Washington Streets
Reading, Pennsylvania, 19601
on Wednesday, November 14, 2018, at 1:30 p.m., prevailing time**

IT IS FURTHER ORDERED that any party opposing the Motion may oppose the Motion at the above place, date, and time and may appear at the hearing on the Motion in person or by telephone by contacting Courtroom Deputy Barbara Spinka.

IT IS FURTHER ORDERED that Movant shall immediately[1] (1) notify by telephone the following parties about the hearing **and** (2) serve by email

---

[1] For the purposes of this Order, the term "immediately" shall mean before 12:00 p.m., today.

or fax the following parties with the Motion and this Order: Counsel for the United States Trustee, counsel for the Trustee, all secured creditors with liens on Debtors' properties (directed to their counsel if known), all other parties affected by the Motion (directed to their counsel if known), all other interested parties who have requested notices pursuant to Fed. R. Bank. P. 2002, and all parties identified in the service list accompanying the Motion.

BY THE COURT

_____
RICHARD E. FEHLING
United States Bankruptcy Judge