UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    Dustin Wagner and    :    No: 18-10439ref
           Tara Wagner    :
           Debtors    :    Chapter 13

### ORDER SETTING EXPEDITED HEARING TO CONSIDER MOTION

AND NOW, this __14__ day of __November__, 2018, the Movants having requested expedited consideration of their Motion for Reconsideration of Order Dated July 12, 2018 and to Allow Debtors to File a New Chapter 13 Case. (the "Motion"), IT IS HEREBY ORDERED that an expedited hearing for my consideration of the Movants' Motion shall be held at:

United States Bankruptcy Court – E.D. Pa.
Courtroom Number 1
Third Floor, The Madison
400 Washington Street
Reading, Pennsylvania on November 15, 2018, at 2:30 p.m. prevailing time.

IT IS HEREBY FURTHER ORDERED that any party opposing the Motion may file an answer or response at or before the time and date of the hearing set above and that any party opposing the Motion shall appear* at the hearing on the Motion or it may be granted without further notice.

IT IS HEREBY FURTHER ORDERED that Movants' counsel shall immediately both (1.) notify by telephone and (2.) serve copies of this signed Order and the Motion on the following parties by e-mail or facsimile: Counsel for the United States Trustee and either the Chapter 7 or the Chapter 13 Trustee, counsel for the Debtors [if the motion is not filed by the Debtors], all secured creditors with liens on Movant's property (by serving their counsel if known), all other parties affected by the Motion (by serving their counsel if known), and all other interested parties.

BY THE COURT

_____
Richard E. Fehling
United States Bankruptcy Judge

\* in person or by telephone