UNITED STATES BANKRUPCTY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Dustin Wagner and | : | |
| Tara Wagner | : | |
| | : | |
| | : | Ch. 13 |
| | : | |
| Debtors | : | No. 18-10439ref |

## ORDER

AND NOW, after notice and hearing on **DEBTORS' AMENDED MOTION TO ALLOW DEBTORS TO FILE A NEW CHAPTER 13 CASE** the following is Ordered and Decreed:

Debtors are permitted to file a new Chapter 13 case.

SO ORDERED
BY THE COURT:

11/15/18

_____ J.