United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                Case No. 18-10439-ref
Dustin Wagner                                                                         Chapter 13
Tara Wagner
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4            User: SaraR                  Page 1 of 1                  Date Rcvd: Nov 14, 2018
                                Form ID: pdf900              Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2018.
db/jdb         +Dustin Wagner,    Tara Wagner,    3207 Woodlea Road,    Orefield, PA 18069-2436
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY,    14841 Dallas Parkway, Suite 300,
                 Dallas, TX 75254-7883

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JAMES A. PROSTKO    on behalf of Creditor    Branch Banking And Trust Company paeb@fedphe.com
              JODI L. HAUSE    on behalf of Creditor    Branch Banking And Trust Company
               jodi.hause@phelanhallinan.com,   paeb@fedphe.com
              JOHN EVERETT COOK    on behalf of Debtor Dustin  Wagner bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              JOHN EVERETT COOK    on behalf of Joint Debtor Tara  Wagner bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              KEVIN G. MCDONALD    on behalf of Creditor    Specialized Loans Servicing LLC
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
               bkgroup@kmllawgroup.com
              MARC   KRANSON    on behalf of Joint Debtor Tara  Wagner mgwbankruptcy@yahoo.com,
               r53506@notify.bestcase.com
              MARC   KRANSON    on behalf of Debtor Dustin  Wagner mgwbankruptcy@yahoo.com,
               r53506@notify.bestcase.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
               RRamos-Cardona@fredreiglech13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    BRANCH BANKING AND TRUST paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 13

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  DUSTIN WAGNER and          :
       TARA WAGNER,               :     Case No. 18-10439REF
          Debtor                 :     Chapter 13

# ORDER SETTING EXPEDITED HEARING FOR CONSIDERATION OF DEBTORS' MOTION FOR EXPEDITED CONSIDERATION

AND NOW, this 14 day of November, 2018, upon Debtors' request for expedited consideration of their motion for reconsideration of my Order dated July 12, 2018, and for leave to file a new case (the "Motion"),

IT IS HEREBY ORDERED that an expedited hearing for consideration of the Motion shall be held at the following place, date, and time:

**Courtroom Number 1**
**Third Floor, The Madison**
**4th and Washington Streets**
**Reading, Pennsylvania, 19601**
**on Wednesday, November 14, 2018, at 1:30 p.m., prevailing time**

IT IS FURTHER ORDERED that any party opposing the Motion may oppose the Motion at the above place, date, and time and may appear at the hearing on the Motion in person or by telephone by contacting Courtroom Deputy Barbara Spinka.

IT IS FURTHER ORDERED that Movant shall immediately[1] (1) notify by telephone the following parties about the hearing **and** (2) serve by email

---

[1] For the purposes of this Order, the term "immediately" shall mean before 12:00 p.m., today.

or fax the following parties with the Motion and this Order: Counsel for the United States Trustee, counsel for the Trustee, all secured creditors with liens on Debtors' properties (directed to their counsel if known), all other parties affected by the Motion (directed to their counsel if known), all other interested parties who have requested notices pursuant to Fed. R. Bank. P. 2002, and all parties identified in the service list accompanying the Motion.

BY THE COURT

_____
RICHARD E. FEHLING
United States Bankruptcy Judge