United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Dustin Wagner
Tara Wagner
    Debtors

Case No. 18-10439-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 1     Date Rcvd: Nov 14, 2018
                       Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2018.
db/jdb       +Dustin Wagner, Tara Wagner, 3207 Woodlea Road, Orefield, PA 18069-2436
cr          +DEUTSCHE BANK NATIONAL TRUST COMPANY, 14841 Dallas Parkway, Suite 300, Dallas, TX 75254-7883

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2018 at the address(es) listed below:
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
         JAMES A. PROSTKO    on behalf of Creditor    Branch Banking And Trust Company paeb@fedphe.com
         JODI L. HAUSE    on behalf of Creditor    Branch Banking And Trust Company jodi.hause@phelanhallinan.com, paeb@fedphe.com
         JOHN EVERETT COOK    on behalf of Debtor Dustin Wagner bankruptcy@everettcooklaw.com, G29494@notify.cincompass.com
         JOHN EVERETT COOK    on behalf of Joint Debtor Tara Wagner bankruptcy@everettcooklaw.com, G29494@notify.cincompass.com
         KEVIN G. MCDONALD    on behalf of Creditor    Specialized Loans Servicing LLC bkgroup@kmllawgroup.com
         KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee bkgroup@kmllawgroup.com
         MARC KRANSON    on behalf of Joint Debtor Tara Wagner mgwbankruptcy@yahoo.com, r53506@notify.bestcase.com
         MARC KRANSON    on behalf of Debtor Dustin Wagner mgwbankruptcy@yahoo.com, r53506@notify.bestcase.com
         ROLANDO RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE RRamos-Cardona@fredreiglech13.com
         THOMAS YOUNG.HAE SONG    on behalf of Creditor    BRANCH BANKING AND TRUST paeb@fedphe.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                                                    TOTAL: 13

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Dustin Wagner and      :   No: 18-10439ref
         Tara Wagner            :
         Debtors                :   Chapter 13

### ORDER SETTING EXPEDITED HEARING TO CONSIDER MOTION

AND NOW, this __14__ day of __November__, 2018, the Movants having requested expedited consideration of their Motion for Reconsideration of Order Dated July 12, 2018 and to Allow Debtors to File a New Chapter 13 Case. (the "Motion"), IT IS HEREBY ORDERED that an expedited hearing for my consideration of the Movants' Motion shall be held at:

United States Bankruptcy Court – E.D. Pa.
Courtroom Number 1
Third Floor, The Madison
400 Washington Street
Reading, Pennsylvania on November 15, 2018, at 2:30 p.m. prevailing time.

IT IS HEREBY FURTHER ORDERED that any party opposing the Motion may file an answer or response at or before the time and date of the hearing set above and that any party opposing the Motion shall appear* at the hearing on the Motion or it may be granted without further notice.

IT IS HEREBY FURTHER ORDERED that Movants' counsel shall immediately both (1.) notify by telephone and (2.) serve copies of this signed Order and the Motion on the following parties by e-mail or facsimile: Counsel for the United States Trustee and either the Chapter 7 or the Chapter 13 Trustee, counsel for the Debtors [if the motion is not filed by the Debtors], all secured creditors with liens on Movant's property (by serving their counsel if known), all other parties affected by the Motion (by serving their counsel if known), and all other interested parties.

BY THE COURT

_____
Richard E. Fehling
United States Bankruptcy Judge

\* in person or by telephone