United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-10439-ref
Dustin Wagner                                                         Chapter 13
Tara Wagner
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR               Page 1 of 2           Date Rcvd: Nov 15, 2018
                              Form ID: pdf900           Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2018.
```
db/jdb         +Dustin Wagner,    Tara Wagner,    3207 Woodlea Road,    Orefield, PA 18069-2436
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,   Reading, PA 19601-4300
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY,    14841 Dallas Parkway, Suite 300,
                 Dallas, TX 75254-7883
14044508       +American Express,    4315 S 2700 West,    Salt Lake City, UT 84148-0001
14044509       +American Express,    c/o Zwicker & Associates,    3220 Tillman Drive,    Suite 215,
                 Bensalem, PA 19020-2028
14061969        American Express Bank, FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14061968        American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
14044510        BB&T,    Airport Road,    1346 Airport Road,    Allentown, PA 18109
14058857       +BRANCH BANKING AND TRUST,    c/o Phelan Hallinan Diamond & Jones, LLP,    1617 JFK Blvd.,
                 Suite 1400,   Philadelphia, PA 19103-1814
14044511       +Citi Cards,    PO Box 9001037,    Louisville, KY 40290-1037
14044512       +Citi Cards,    PO Box 6500,    Sioux Falls, SD 57117-6500
14044513        Deutsche Bank National Trust Co,    c/o Shapiro & DeNardo,    King of Prussia, PA 19406
14058670       +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14044514       #Nationwide Credit, Inc.,    PO Box 26314,    Lehigh Valley, PA 18002-6314
14044515       +PPL Electric Utilities,    2 North 9th Street CPC-Genn1,    Allentown, PA 18101-1179
14044516       +PPL Electric Utilities,    827 Hausman Road,    Allentown, PA 18104-9392
14044517       +Specialized Loan Servicing,    8742 Lucent Blvd Ste 300,    Littleton, CO 80129-2386
14044518       +Specialized Loan Servicing LLC,    PO Box 105219,    Atlanta, GA 30348-5219
14071967       +Specialized Loans Servicing LLC,    as servicer for,    Deutsche Bank National Trust Company...,
                 c/o KML LAW GROUP, P.C.,    701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2018 03:24:13
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 16 2018 03:24:58     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14058175        E-mail/Text: bankruptcy@bbandt.com Nov 16 2018 03:23:57      BB&T,    PO Box 1847,
                 Wilson, NC 27894
14084817        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 16 2018 03:31:04
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14069991        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 16 2018 03:30:50
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14044519       +E-mail/Text: bnc@alltran.com Nov 16 2018 03:23:48      United Recovery Systems,
                 5800 North Course Drive,    Houston, TX 77072-1613
                                                                                              TOTAL: 6
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: SaraR                 Page 2 of 2                   Date Rcvd: Nov 15, 2018
                              Form ID: pdf900             Total Noticed: 29
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JAMES A. PROSTKO    on behalf of Creditor    Branch Banking And Trust Company paeb@fedphe.com
              JODI L. HAUSE    on behalf of Creditor    Branch Banking And Trust Company
               jodi.hause@phelanhallinan.com, paeb@fedphe.com
              JOHN EVERETT COOK    on behalf of Joint Debtor Tara  Wagner bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              JOHN EVERETT COOK    on behalf of Debtor Dustin  Wagner bankruptcy@everettcooklaw.com,
               G29494@notify.cincompass.com
              KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company, As Trustee
               bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Specialized Loans Servicing LLC
               bkgroup@kmllawgroup.com
              MARC  KRANSON    on behalf of Debtor Dustin  Wagner mgwbankruptcy@yahoo.com,
               r53506@notify.bestcase.com
              MARC  KRANSON    on behalf of Joint Debtor Tara  Wagner mgwbankruptcy@yahoo.com,
               r53506@notify.bestcase.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
               RRamos-Cardona@fredreiglech13.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    BRANCH BANKING AND TRUST paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R   ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 13
```

UNITED STATES BANKRUPCTY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | |
|---|---|---|
| Dustin Wagner and | : | |
| Tara Wagner | : | |
| | : | |
| | : | Ch. 13 |
| | : | |
| Debtors | : | No. 18-10439ref |

## ORDER

AND NOW, after notice and hearing on **DEBTORS' AMENDED MOTION TO ALLOW DEBTORS TO FILE A NEW CHAPTER 13 CASE**

the following is Ordered and Decreed:

Debtors are permitted to file a new Chapter 13 case.

SO ORDERED
BY THE COURT:

11/15/18

_____ J.